**Opinion issued August 23, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-12-00565-CV

—————————————

## IN RE JACK NUSZEN, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

By way of petition for writ of mandamus, relator, Jack Nuszen, challenges the trial court's order that he pay interim attorney's fees pursuant to section 105.001(a)(5) of the Family Code. *See* TEX. FAM. CODE ANN. § 105.001(a)(5) (Vernon 2011).

We **DENY** the petition for writ of mandamus.

### PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.